IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02265-REB-KLM

VICTORIA CARBAJAL,
HEBER MARTIN CARBAJAL, and
DEAN CARBAJAL,

      Plaintiffs,

v.

WELLS FARGO, a corporation,
MELVA JACKSON, manager for Wells Fargo, in her individual capacity,
CARROL DWYER, supervisor for Wells Fargo, in her individual capacity, and
IRMA LORENA HOLGUIN, lead teller for Wells Fargo, in her individual capacity, and
UNKNOWN EMPLOYEE, teller or banker for Wells Fargo, in her individual capacity,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Amended Complaint** [Docket No. 12; Filed September 23, 2011].  The Amended Complaint is **ACCEPTED** as filed pursuant to Fed. R. Civ. P. 15(a)(1)(A).  Accordingly,

      IT IS HEREBY **ORDERED** that the Recommendation issued September 13, 2011 [Docket No. 5] is **WITHDRAWN** as moot.

      IT IS FURTHER **ORDERED** that Plaintiffs shall file with the Court a Certificate of Service pursuant to Fed. R. Civ. P. 5(a)(1)(B) on or before **October 12, 2011**, indicating that Plaintiffs have complied with Fed. R. Civ. P. 5(b)(2)(C) by mailing a copy of the Amended Complaint to each of the Defendants' last known mailing addresses. Defendants shall answer or otherwise respond to the Amended Complaint as prescribed by the Federal Rules of Civil Procedure.

      IT IS FURTHER **ORDERED** that a Scheduling/Planning Conference pursuant to Fed.R.Civ.P. 16(b) shall be held on **December 1, 2011**, commencing at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  All provisions of the Order Setting Scheduling/Planning Conference and Advisement to Pro Se Plaintiffs issued August 31, 2011 [Docket No. 3] are **REINSTATED** and effective as of the date of this Minute Order.

      Dated: September 27, 2011