IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02265-REB-KLM

VICTORIA CARBAJAL,
HEBER MARTIN CARBAJAL, and
DEAN CARBAJAL,

      Plaintiffs,

v.

WELLS FARGO, a corporation,
MELVA JACKSON, manager for Wells Fargo, in her individual capacity,
CARROL DWYER, supervisor for Wells Fargo, in her individual capacity, and
IRMA LORENA HOLGUIN, lead teller for Wells Fargo, in her individual capacity, and
UNKNOWN EMPLOYEE, teller or banker for Wells Fargo, in her individual capacity,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiffs' Notice of Intent and Motion for Leave to Amend Complaint** [Docket No. 20; Filed October 14, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. Plaintiffs failed to include a proposed Second Amended Complaint for Defendants' and the Court's review. Plaintiffs may re-file a motion for leave to amend their Amended Complaint [#12], and the motion must include the proposed Second Amended Complaint and must comply with the applicable Federal and Local Rules.

      IT IS FURTHER **ORDERED** that any Second Amended Complaint purporting to bring claims on behalf of all three Plaintiffs must be signed by each Plaintiff individually. *See* Fed. R. Civ. P. 11(a).  The Motion at issue is signed only by Plaintiffs Dean Carbajal and Victoria Carbajal.

      IT IS FURTHER **ORDERED** that Plaintiffs must provide the Clerk's Office with their current addresses.  The address listed with Plaintiff Victoria Carbajal's signature in the Motion does not match the address for Plaintiff Victoria Carbajal on the docket.  Any change of address must be noted in writing and mailed to the Clerk's Office: Clerk of the United States District Court, 901 19th St., Denver, CO 80294.

      Dated:  October 17, 2011