**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02265-REB-KLM

VICTORIA CARBAJAL,
HEBER MARTIN CARBAJAL, and
DEAN CARBAJAL,

      Plaintiffs,

v.

WELLS FARGO, a corporation,
MELVA JACKSON, manager for Wells Fargo, in her individual capacity,
CARROL DWYER, supervisor for Wells Fargo, in her individual capacity,
IRMA LORENA HOLGUIN, lead teller for Wells Fargo, in her individual capacity, and
UNKNOWN EMPLOYEE, teller or banker for Wells Fargo, in her individual capacity,

      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**Blackburn, J.**

      The matter is before me on plaintiffs' **Voluntary Motion To Dismiss Without Prejudice** [#26][1] filed October 28, 2011.  On October 31, 2011, the **Defendants' Response To Plaintiffs' Voluntary Motion To Dismiss Without Prejudice** [#28] was filed.  Defendants do not object to the dismissal of this case without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That plaintiffs' **Voluntary Motion To Dismiss Without Prejudice** [#26] filed October 28, 2011, is **GRANTED**; and

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated November 1, 2011, at Denver, Colorado.

                                                         **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge